ADAM PAUL LAXALT
Attorney General
MATTHEW S. JOHNSON
Deputy Attorney General
Nevada Bar No. 12412
California Bar No. 290630
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1272
MJohnson@ag.nv.gov
Attorney for Respondents/
Jo Gentry and the State of Nevada Office of the Attorney General

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN BODDEN, | Case No. 2:14-cv-01968-RFB-NJK |
| Petitioner, | |
| vs. | **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** |
| JO GENTRY, *et al.*, | |
| Respondents. | |

Respondents, by and through counsel, ADAM PAUL LAXALT, Attorney General of the State of Nevada, respectfully move this court for an order granting a sixty (60) day enlargement of time, from the from July 5, 2016, the date this Court ordered respondents to answer or otherwise respond to the amended petition, ECF No. 10, in which to respond to Karen Bodden's (Bodden) amended petition for a writ of habeas corpus filed on June 2, 2016.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

There have been no prior enlargements of respondents' time to file said response, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 22nd day of June, 2016.

ADAM PAUL LAXALT
Attorney General

By: /s/ Matthew S. Johnson
MATTHEW S. JOHNSON
Deputy Attorney General

IT IS SO ORDERED this __12th__ day of _____July_____, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717

ADAM PAUL LAXALT
Attorney General
MATTHEW S. JOHNSON
Deputy Attorney General
Nevada Bar No. 12412
California Bar No. 290630
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1272
MJohnson@ag.nv.gov
Attorney for Respondents/
Jo Gentry and the State of Nevada Office of the Attorney General

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN BODDEN, | Case No. 2:14-cv-01968-RFB-NJK |
| Petitioner, | **DECLARATION OF COUNSEL** |
| vs. | |
| JO GENTRY, *et al.*, | |
| Respondents. | |

I, MATTHEW S. JOHNSON, hereby state that the assertions of this declaration are true:

1. I am an attorney licensed to practice law in the State of Nevada and qualified and admitted to practice before this Court. I am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. Pursuant to this employment, I have been assigned to represent the respondents in *Karen Bodden v. Jo Gentry, et al* Case No. 2:14-cv-01968-RFB-NJK.

2. On June 30, 2015, this Court directed respondents to answer, or otherwise respond to Bodden's 81-page amended petition within 30 days after it was filed; July 5, 2016. ECF No. 10.

3. Respondents requested the complete record for this case on July 15, 2015, but since the filing of Bodden's amended petition on June 2, 2016, it has recently come to my attention that the entire record and all of the pertinent documents necessary to respond to the amended petition were not provided to respondents by the district court clerk's office.

4. In addition, I have not been able to devote sufficient time to preparing a response to the amended petition because of obligations in other cases, including: *Morales v. D.W. Neven, et al,* Case No. 2:15-cv-00185-GMN-CWH (motion to dismiss filed on June 8, 2016); *French v. Wickman*, Case

1  No. 16 EW 00020 1(B) (response filed in the First Judicial District Court of the State of Nevada on
2  June 16, 2016); *Drake v. McDaniel et. al.*, Case No. 16 EW 00028 1(B) (response filed in the First
3  Judicial District Court of the State of Nevada on June 16, 2016); *Krehnovi v. Neven, et. al.*, Case No.
4  2:15-cv-01645-JAD-GWF (answer filed in the United States District Court for the District of Nevada
5  on June 17, 2016). I am currently preparing an opposition to application for a certificate of
6  appealability in *Marquez v. Baker et. al.*, CA NO. 16-16634.

7      5.    On June 20, 2016, I contacted Assistant Federal Public Defender Melanie Gavisk about
8  this request. Ms. Gavisk does not oppose the request for an extension of time.

9      6.    Accordingly, I am requesting an additional sixty (60) days, from July 5, 2016, the date
10  this Court ordered respondents to answer or otherwise respond to the amended petition, ECF No. 10, in
11  which to respond to Karen Bodden's (Bodden) amended petition for a writ of habeas corpus filed on June
12  2, 2016. This is my first request for an enlargement of time.

13      Pursuant to 28 U.S.C. § 1746, I hereby certify, under penalty of perjury, that the foregoing is
14  true and correct.

15      Executed this 22nd day of June, 2016.

16      /s/ Matthew S. Johnson
    MATTHEW S. JOHNSON
17      Deputy Attorney General

-4-

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General and that on June 22, 2016, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**, by the U.S. District Court's electronic filing system, CM/ECF, to:

**Megan Hoffman**
**Federal Public Defender**
**411 East Bonneville Ave Suite 250**
**Las Vegas, Nevada 89101**
Megan_hoffman@fd.org

/s/ Mary Wilson
An employee of the
Office of the Attorney General