UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAREN BODDEN,<br><br>　　　　　　　Petitioner,<br>　v.<br>JO GENTRY, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:14-cv-01968-RFB-NJK<br><br>ORDER |

This counseled § 2254 habeas petition is before the court on several motions by both parties. Petitioner moves to waive the portion of Local Rule IA 10-3(e) that requires the cover page of each filed exhibit to include a description of the exhibit (ECF No. 37). *See* LR IA 10-3(e). Local Rule IA 1-4 provides that the court may waive any provision of the local rules, *sua sponte* or on a motion, if the interests of justice so require. Petitioner states that adding descriptors to the cover pages of exhibits, which in this case now total over 250, is unduly burdensome (ECF No. 37). Petitioner states that she will still provide indexes of exhibits and exhibit cover sheets referencing each exhibit by number. *Id.*

In light of the number of exhibits in this habeas corpus action, the court finds that there is good cause for the requested waiver, and will grant the waiver for all parties.

**IT IS THEREFORE ORDERED** that petitioner's motion to partially waive Local Rule IA 10-3(e) (ECF No. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** that respondents' motion to waive Local Rule IA 10-3 (ECF No. 62) is also **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's fourth motion for extension of time to file an amended petition (ECF No. 17) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to file exhibits under seal (ECF No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that respondents' motion for leave to file exhibits under seal (ECF No. 58) is also **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motions for extension of time to file her opposition to the motion to dismiss (ECF No. 63, 64) are **GRANTED**.

DATED: 26 February 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE