UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KAREN BODDEN, | Case No. 2:14-cv-01968-RFB-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Karen Bodden's § 2254 habeas petition is before the court on respondents' motion for extension of time to file their answer (ECF No. 84). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time to file their answer (ECF No. 84) is **GRANTED**. Respondents must file their answer on or before August 13, 2020 (ECF No. 84).

DATED: 30 June 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1