UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAREN BODDEN,<br><br>　　　　　　　Petitioner,<br>　v.<br>JO GENTRY, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:14-cv-01968-RFB-NJK<br><br>ORDER |

Before the Court is Respondents' second motion for extension of time to file their answer (ECF No. 86). Good cause being found,

**IT IS ORDERED** that Respondents' motion for extension of time to file their answer (ECF No. 84) is **GRANTED**. Respondents must file their answer on or before September 14, 2020.

DATED: 3 September 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1