UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAREN BODDEN,<br><br>　　　　　Petitioner,<br>　v.<br>JO GENTRY, et al.,<br><br>　　　　　Respondents. | Case No. 2:14-cv-01968-RFB-NJK<br><br>ORDER |

Karen Bodden's § 2254 habeas petition is before the court on several motions by respondents for extension of time to file their answer (ECF Nos. 88, 89, 90, 91). Good cause appearing,

**IT IS ORDERED** that respondents' four motions for extension of time to file their answer (ECF Nos. 88, 89, 90, 91) are all **GRANTED** *nunc pro tunc*.

DATED: 3 December 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1