UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAREN BODDEN,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>JERRY HOWELL, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:14-cv-01968-RFB-NJK<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 7, 2021, this court granted a stay and administratively closed Karen Bodden's federal habeas corpus action while she litigated her DNA petition in state court (ECF No. 100). Bodden's further state-court proceedings have concluded, and she has now returned to this court seeking to reopen this case (ECF No. 102). Respondents indicate that they do not oppose the motion (ECF No. 103). Good cause appearing, this action is reopened.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen this action (ECF No. 102) is **GRANTED**.

**IT IS FURTHER ORDERED** that, as the stay is lifted by this order, the Clerk of Court is directed to REOPEN THE FILE in this action.

1

**IT IS FURTHER ORDERED** that petitioner file a reply in support of the remaining claims in the amended petition within **45 days** of the date of this order.

DATED: 14 April 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE